1  Law Offices of Bill LaTour
2  Bill LaTour [C.S.B.N. 169758]
   11332 Mountain View Ave., Suite C
3  Loma Linda, California, 92354
4       Telephone: [909] 796-4560
        Facsimile: [909] 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8  GEORGE S. CARDONA
9  Acting United States Attorney
   LEON W. WEIDMAN
10 Assistant United States Attorney
11 Chief, Civil Division
   JOANNA KANG [C.S.B.N.251756]
12 SPECIAL ASSISTANT UNITED STATES ATTORNEY
13 333 Market St., Suite 1500
14 San Francisco, CA  94105
   Telephone: 415-977-8977
15 Facsimile: 415-744-0134
16 E-Mail: joanna.kang@ssa.gov
17
   Attorney for Defendant
18
19                  UNITED STATES DISTRICT COURT,
20        CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

21 | JANIERO RILES,              ) No. EDCV 09-7211 JC
22 |                             )
   |     Plaintiff,              ) [PROPOSED] ORDER OF
23 |                             ) DISMISSAL WITH PREJUDICE
24 |     v.                      )
   |                             )
25 | MICHAEL J. ASTRUE,           )
26 | Commissioner of Social Security, )
   |                             )
27 |     Defendant.              )
   | _____)
28

-1-

1
2    Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS
3 ORDERED that the above-captioned proceeding is dismissed with prejudice; each side
4 to bear her own attorney fees, costs, and expenses, including but not limited to attorney
5 fees under the Equal Access to Justice Act.
6    Date: January 12, 2010
7                                         _____/s/_____
8                                         JACQUELINE CHOOLJIAN
                                          UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28